Mark L. McHUGH, Plaintiff–Appellant,

v.

HILLERICH & BRADSBY CO.,
Defendant–Appellee.

No. 2010–1296.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2011.

Robert J. Yorio, Carr & Ferrell, LLP, of Palo Alto, CA, argued for plaintiff-appellant. With him on the brief was Christopher P. Grewe. Of counsel was Kenneth B. Wilson.

Laura A. Wytsma, Loeb & Loeb, of Los Angeles, CA, argued for defendant-appellee.

PROST, SCHALL, and MOORE,
Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**